**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT L PEREZ,<br><br>  Plaintiff,<br><br> vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant | Case No.: 2:20-cv-00581-E<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,100.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  January 26, 2021

_____
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-